UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DALE EDWARD HARPER,                )
                                   )
        Plaintiff,              )        CASE NO.   C07-0812-JCC
                                   )
    v.                             )
                                   )
DIRECTOR, KING COUNTY JAIL, *et al.*, )     ORDER DIRECTING CLERK TO
                                   )        TO TERMINATE ACTION
        Defendants.             )
_____)

    The Court, having reviewed plaintiff's civil rights complaint (Dkt. No. 8), plaintiff's request to withdraw his complaint and to have his filing fee debt cancelled (Dkt. No. 11), the Report and Recommendation (Dkt. No. 13) of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The Clerk is directed to terminate this action pursuant to plaintiff's request to withdraw his complaint.

    (3)    Plaintiff's request that his filing fee debt be cancelled is DENIED.

ORDER DIRECTING CLERK
TO TERMINATE ACTION
PAGE - 1

1   (4)   The Clerk is directed to send copies of this Order to plaintiff and to the Honorable

2   James P. Donohue.

3   DATED this 22nd day of October, 2007.

*[signature]*

JOHN C. COUGHENOUR
United States District Judge

ORDER DIRECTING CLERK
TO TERMINATE ACTION
PAGE - 2